Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Minnesota**

Case number (*If known*): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Hillcrest Center LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 45-4111589 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 375 Jackson Street | 29 South Deep Lake Road |
| Number        Street | Number        Street |
| Suite 700 West | |
| | P.O. Box |
| Saint Paul        MN    55101 | North Oaks        MN    55127 |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Ramsey County | 1600 White Bear Av |
| County | Number        Street |
| | Saint Paul        MN    55106 |
| | City                State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.madisonequities.biz |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Hillcrest Center LLC | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

531120

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
MM / DD / YYYY

District _____   When _____   Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Hillcrest Center LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number        Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Hillcrest Center LLC
_____    Case number (if known)_____
Name

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/12/2024
                    MM  / DD / YYYY

✖ /s/ Rosemary Kortgard                          Rosemary Kortgard
_____          _____
Signature of authorized representative of debtor   Printed name

Title  Managing Member
        _____

18. **Signature of attorney**

✖ /s/ Kenneth Edstrom                    Date   12/12/2024
_____          _____
Signature of attorney for debtor                  MM    / DD / YYYY

Kenneth Edstrom
_____
Printed name
Sapientia Law Group
_____
Firm name
120 S 6th St Ste 100
_____
Number        Street
Minneapolis                              MN        55402
_____   _____   _____
City                                      State     ZIP Code

612-756-7100                             kene@sapientialaw.com
_____   _____
Contact phone                             Email address

148696                                   MN
_____   _____
Bar number                                State

---

**Fill in this information to identify the case:**

Debtor name ___Hillcrest Center LLC___

United States Bankruptcy Court for the: ___District of Minnesota___
                                            (State)

Case number (If known): _____

☐ Check if this is an
  amended filing

---

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**   **Summary of Assets**

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ................................................   $ 7,955,700.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ............................................   $ 225,356.53

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ..............................................   $ 8,181,056.53

---

**Part 2:**   **Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................   $ 6,253,510.40

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F* .........................   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..........   +$ 3,066.96

4.  **Total liabilities** ...................................................................................................................   $ 6,256,577.36
    Lines 2 + 3a + 3b

---

| Fill in this information to identify the case: |
|---|
| Debtor name ___Hillcrest Center LLC___ |
| United States Bankruptcy Court for the: ___District of Minnesota___ |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Madison Equities 375 Jackson Street Suite 700W Saint Paul, MN, 55101 | | Management Fees | | | | 3,066.96 |
| 2 Innovative Security Services 1703 Cope Avenue Suite I & J Saint Paul, MN, 55109 | | Suppliers or Vendors | | | | 0.00 |
| 3 Saint Paul Regional Water Services 1900 Rice Street Saint Paul, MN, 55113-6810 | | Utility Services | | | | 0.00 |
| 4 Red Eagle Property Services, Inc. PO Box 220 Roberts, WI, 54023-0220 | | Suppliers or Vendors | | | | 0.00 |
| 5 Comcast PO Box 60533 City of Industry, CA, 91716-0533 | | Suppliers or Vendors | | | | 0.00 |
| 6 Xcel Energy P. O. Box 4176 Carol Stream, IL, 60197-4176 | | Utility Services | | | | 0.00 |
| 7 Midwest Maintenance and Mechanical, Inc. 750 Pennsylvania Avenue South Golden Valley, MN, 55426 | | Suppliers or Vendors | | | | 0.00 |
| 8 Republic Services #923 PO Box 713502 Chicago , IL, 60677-0052 | | Suppliers or Vendors | | | | 0.00 |

Debtor    Hillcrest Center LLC
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | AFCO P.O.Box 4795 Carol Stream, IL, 60197-4795 | | Vendor | | | | 0.00 |
| 10 | Tandala LLC 375 Jackson Street Suite 700W Saint Paul, MN, 55101 | | Suppliers or Vendors | | | | 0.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name ___Hillcrest Center LLC___

United States Bankruptcy Court for the: ___District of Minnesota___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** — $ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Blaze Credit Union | Checking | 0  6  7  0 | $ 7,136.15 |
| 3.2. | See continuation sheet | | | $ 16,691.09 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 23,827.24

## Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor  Hillcrest Center LLC
_____
Name                                                    Case number (if known)_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Blaze Credit Union Checking - Prepaid Rent _____ $ 15,186.69 _____

8.2._____ $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                              $ 15,186.69 _____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:  26,193.51 _____ − 0.00 _____ = ........➜  $ 26,193.51 _____
    face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:  232,164.57 _____ − 72,015.48 _____ = ........➜  $ 160,149.09 _____
    face amount                    doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.            $ 186,342.60 _____

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____
14.2. _____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                               % of ownership:

15.1._____  _____%  _____  $ _____
15.2._____  _____%  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $ _____
16.2._____  _____  $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                           $ _____

Debtor _____
      Hillcrest Center LLC
      <sub>Name</sub>

Case number <i>(if known)</i>_____

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☑ No. Go to Part 6.

  ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

                                                                            $_____

24. **Is any of the property listed in Part 5 perishable?**

  ☐ No

  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | | $_____ |

---

Debtor    Hillcrest Center LLC

Name _____    Case number (if known)_____

---

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Debtor    Hillcrest Center LLC
       Name                                                                Case number (if known)_____

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Hillcrest Center LLC
Name _____    Case number *(if known)* _____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Hillcrest Shopping Center | | $_____ | _____ | $ 7,955,700.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 7,955,700.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor   Hillcrest Center LLC
         Name                                                    Case number (if known)_____

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☐ No
   ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**
   Description (include name of obligor)
   _____   0.00 — 0.00   = ➡   $ 0.00
                                      Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

**73. Interests in insurance policies or annuities**
    Property and Liability
   _____                        $ 0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                        $_____
   **Nature of claim**   _____
   **Amount requested**   $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____                        $_____
   **Nature of claim**   _____
   **Amount requested**   $_____

**76. Trusts, equitable or future interests in property**
   _____                        $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____                        $_____
   _____                        $_____

**78. Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.         $ 0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor    Hillcrest Center LLC
         Name                                                    Case number *(if known)*

---

| **Part 12:** | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 23,827.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 15,186.69 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 186,342.60 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 7,955,700.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 225,356.53 | + 91b. $ 7,955,700.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................... 8,181,056.53 | | $ 8,181,056.53 |

Debtor 1    Hillcrest Center LLC

      First Name      Middle Name      Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**
**General description Type of account Last 4 digits of account**
**number**
**Minnwest Bank Checking**
**Balance: 16,108.67**
**Minnwest bank Money Market 9903**
**Balance: 582.42**

## LEGAL DESCRIPTION

Parcel 1

Lot 1, Block 7, Hillcrest Center Plat 2, Ramsey County, Minnesota.

Parcel 2

Block 4, Hillcrest Center, except the South 80 feet, 8 inches of the North 265 feet, 4 inches thereof, together with the West half of vacated Gary Place which accrued to said block by operation of law, upon vacation thereof, Ramsey County, Minnesota.

Parcel 3

The South 4 inches of the Northerly 265 feet 4 inches and the South 4 inches of the Northerly 185 feet of Lot 1, Block 4, Hillcrest Center, Ramsey County, Minnesota.
The South 80 feet of the North 265 feet of Lot 1, Block 4, Hillcrest Center, Ramsey County, Minnesota.

Torrens Property
Torren Certificate No. 573451

**Fill in this information to identify the case:**

Debtor name _____ Hillcrest Center LLC

United States Bankruptcy Court for the: __District of Minnesota__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **Creditor's name**<br>Minnwest Bank<br><br>**Describe debtor's property that is subject to a lien**<br>Retail Shopping Center | $ 5,297,657.53 | $ 7,955,700.00 |

**2.1   Creditor's name**
Minnwest Bank

**Creditor's mailing address**
1150 Yankee Doodle Rd
#3800, Saint Paul, MN 55121

**Creditor's email address, if known**
kevint@minnwestbankgroup.com

**Date debt was incurred** _____
**Last 4 digits of account number**   1677

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
Retail Shopping Center

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 5,297,657.53   Column B: $ 7,955,700.00

---

**2.2   Creditor's name**
Minnwest Bank

**Creditor's mailing address**
1150 Yankee Doodle Rd
#3800, Saint Paul, MN 55121

**Creditor's email address, if known**
kevint@minnwestbankgroup.com

**Date debt was incurred** _____
**Last 4 digits of account number**   0533

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority, if any.
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Retail Shopping Center

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $249,291.70   Column B: $7,955,700.00

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 6,253,510.40

Debtor   Hillcrest Center LLC
_____   Case number *(if known)*_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
MinnWest Bank
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   _____
**Last 4 digits of account number**   0492

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Retail Shopping Center

$638,135.17        $0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** Creditor's name
Tenant Security Deposits
_____

**Creditor's mailing address**
Various
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   _____
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Cash

$68,426.00        $68,426.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Hillcrest Center LLC | Case number (if known)_____ |
| | Name | |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Cynthia Hegarty and Austyn Booth<br>Winthrop & Weinstine<br>225 S 6th St Ste 3500<br>Minneapolis, MN, 55402 | Line 2. 2 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hillcrest Center LLC |
| United States Bankruptcy Court for the: | District of Minnesota |
| Case number (If known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). **Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Total claim $_____    Priority amount $_____

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Total claim $_____    Priority amount $_____

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Total claim $_____    Priority amount $_____

Debtor ___Hillcrest Center LLC_____    Case number _(if known)_____
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                          **Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
|---|---|---|---|

AFCO
P.O.Box 4795
Carol Stream, IL 60197-4795

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __6301__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
|---|---|---|---|

Comcast
PO Box 60533
City of Industry, CA 91716-0533

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __3916__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
|---|---|---|---|

Innovative Security Services
1703 Cope Avenue
Suite I & J
Saint Paul, MN 55109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __3095__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 3,066.96 |
|---|---|---|---|

Madison Equities
375 Jackson Street
Suite 700W
Saint Paul, MN 55101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Management Fees

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
|---|---|---|---|

Midwest Maintenance and Mechanical, Inc.
750 Pennsylvania Avenue South
Golden Valley, MN 55426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
|---|---|---|---|

Red Eagle Property Services, Inc.
PO Box 220
Roberts, WI 54023-0220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hillcrest Center LLC | |
|---|---|---|
| | Name | Case number *(if known)* |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.⁷** **Nonpriority creditor's name and mailing address**

Republic Services #923
PO Box 713502
Chicago , IL 60677-0052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ <u>Undetermined</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___5662___

---

**3.⁸** **Nonpriority creditor's name and mailing address**

Saint Paul Regional Water Services
1900 Rice Street
Saint Paul, MN 55113-6810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ <u>Undetermined</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___6220___

---

**3.⁹** **Nonpriority creditor's name and mailing address**

Tandala LLC
375 Jackson Street
Suite 700W
Saint Paul, MN 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ <u>Undetermined</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.¹⁰** **Nonpriority creditor's name and mailing address**

Xcel Energy
P. O. Box 4176
Carol Stream, IL 60197-4176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ <u>Undetermined</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___4323___

---

**3.___** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 4

Debtor   Hillcrest Center LLC
Name

Case number (if known)

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 3,066.96 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,066.96 |

**Fill in this information to identify the case:**

Debtor name ___Hillcrest Center LLC___

United States Bankruptcy Court for the: ___District of Minnesota___

Case number (If known): _____    Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Commercial Tenants, see attached Lessee<br><br>Various |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

# ATTACHMENT TO EXHIBIT G - LIST OF COMMERCIAL TENANTS

| | Suite | Tenant |
|---|---|---|
| | 1600 | Adult Day Care |
| | 1626 | Amazed Group |
| | 1664 | Armored Barber Shop LLC |
| | 1676 | Best Steak House, Inc. |
| | 1618 | Berney Herrera Banderas |
| | 1660 | Canna Bean |
| | 1620 | Dollar Tree Stores, Inc |
| | 1622 | Exquisite Cake Bakery, LLC |
| | 1650 | Go Puff |
| | 1666 | H & R Block Tax Services |
| | 1632 | Joyful Foods African Grocery |
| | 1668 | Longs Comvorolls Cuisine (Ka Noa Yang ) |
| | 1600C | Lucky Golden Dragon (AKA White Dragon Catering ) |
| | 1600B | Lucky Golden Dragon (AKA White Dragon Catering ) |
| | 1614 | Mobile One Wireless |
| | 1630 | Pro Nails |
| | 1610 | Sunny Smiles Child Care |
| | 1680 | Tanya Wireless Inc (Metro by T-Mobile) |
| | 1616 | Tax Services of America  (ACH) |
| | 1654 | Tee Pwo Asian Market (AKA JR Asian Foods ) |
| | 1662 | Tobacco Outlet |
| | 1670 | Yee Xiong |
| | | |

**Fill in this information to identify the case:**

Debtor name ___Hillcrest Center LLC___

United States Bankruptcy Court for the: ___District of Minnesota___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Rosemary Kortgard | | Minnwest Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Hillcrest Center LLC___

United States Bankruptcy Court for the: District of Minnesota

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,298,526.25 |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,217,051.75 |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,178,016.75 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $ _____ |

| Debtor | Hillcrest Center LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached.<br>Creditor's name | | $ 15,450.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>_____<br><br>_____<br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br>_____<br><br>_____<br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | |

---

| Debtor | Hillcrest Center LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| MinnWest Bank Creditor's name | | _____ | $ 14,958.70 |

Last 4 digits of account number: XXXX– _____

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | MinnWest Bank v. Hillcrest Center LLC | Receivership | Ramsey County Dist. Ct | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 62-CV-24-6892 | | MN | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |

---

Debtor    Hillcrest Center LLC
_____    Case number (if known)_____
_____Name

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| _____Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | _____Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value
of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 4

| Debtor | Hillcrest Center LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sapiential Law Group | $10,000 retainer for fees $2,000 cost retainer. | December 2024 | $ 12,000.00 |
| | **Address** | | | |
| | 120 S 6th St Ste 100 Minneapolis, MN 55419 | | | |
| | **Email or website address** kene@sapientialaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

| Debtor | Hillcrest Center LLC | Case number (if known) |
|--------|----------------------|------------------------|
|        | Name                 |                        |

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | Hillcrest Center LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

| Debtor | Hillcrest Center LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Hillcrest Center LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

---

Debtor    Hillcrest Center LLC
_____    Case number (*if known*)_____
Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | **Business name and address**<br><br>_____<br>Name | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | **Business name and address**<br><br>_____<br>Name | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

| Debtor | Hillcrest Center LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Staci Thomas, employed by Debtor | From _____ |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ |
| Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |

Debtor  Hillcrest Center LLC
_____         Case number (if known)_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1.  _____<br>Name |

| Name and address |
|---|
| 26d.2.  _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  _____<br>Name |

| Debtor | Hillcrest Center LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2. _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rosemary Kortgard | 29 South Deep Lake Road, Saint Paul, MN 55127 | Managing Partner | 99 |
| Madison Equities | 375 Jackson Street; Suite 700W, St Paul, MN 55101 | Minority Owner | 1 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Crockarell (deceased) | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

| Debtor | Hillcrest Center LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Name and address of recipient | | |
|---|---|---|

30.2

Name

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/12/2024
_____
MM  / DD  / YYYY

✖ /s/ Rosemary Kortgard                          Printed name   Rosemary Kortgard
_____                          _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing Member
_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

**HILLCREST CENTER, LLC**
9/1/24-12/12/24

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| Deposit | 9/3/2024 | | | Deposit | 2135.31 | 12086.37 |
| Deposit | 9/3/2024 | | | Deposit | 2470.15 | -1154.04 |
| Deposit | 9/3/2024 | | | Deposit | 3500 | 21193.59 |
| Deposit | 9/3/2024 | | | Deposit | 5607.22 | 17693.59 |
| Deposit | 9/3/2024 | | | Deposit | 11105.1 | 9951.06 |
| Deposit | 9/5/2024 | | | Deposit | 2300 | 28408.74 |
| Deposit | 9/5/2024 | | | Deposit | 4915.16 | 26108.74 |
| Deposit | 9/5/2024 | | | Deposit | 9429.75 | 37838.49 |
| Check | 9/6/2024 | 9379 | City of Saint Paul | Customer#1409966; 8/4/23-7/26/24; Ref.#15859; Folder RSN 5106778 | -1122 | 36616.49 |
| Check | 9/6/2024 | 9378 | Hillcrest Center, LLC | VOID: Property Tax Accrual; September  2024 | 0 | 37738.49 |
| Check | 9/6/2024 | 9378 | Hillcrest Center, LLC | Property Tax Accrual; September  2024 | 0 | 80339 |
| Check | 9/6/2024 | 9382 | Madison Equities, Inc. | Management Fees; 8/1/24-8/31/24 | -5150.66 | 29059.79 |
| Check | 9/6/2024 | 9377 | Madison Equities, Inc. | Phone Reimbursement for September 2024 | -100 | 37738.49 |
| Check | 9/6/2024 | 9376 | Madison Equities, Inc. | VOID: Management Fees; 8/1/24-8/31/24 | 0 | 37738.49 |
| Check | 9/6/2024 | 9380 | Saint Paul Regional Water Services | A/C#0332164; Cust#187371; 1600 White Bear Ave;  7/15/24-8/13/24 | -1346.91 | 35269.58 |
| Check | 9/6/2024 | 9381 | Saint Paul Regional Water Services | A/C#0486220; Cust#187371; 1624 White Bear Ave;  7/15/24-8/13/24 | -1059.13 | 34210.45 |
| Check | 9/6/2024 | 9383 | Xcel Energy | VOID: AC#51-0393432-3; STMT#890995096;  7/15/24-8/14/24 | 0 | 41634.76 |
| Deposit | 9/6/2024 | | | Deposit | 12574.97 | 41634.76 |
| Deposit | 9/9/2024 | | | Deposit | 2246.67 | 43881.43 |
| Deposit | 9/9/2024 | | | Deposit | 30622.1 | 74503.53 |
| Deposit | 9/10/2024 | | | Deposit | 4969.4 | 79472.93 |
| Check | 9/13/2024 | 9392 | Tandala LLC | Commission for Sunny Smiles  #1610 | -7849 | 70136.32 |
| Check | 9/13/2024 | 9388 | Xcel Energy | AC#51-0393432-3; STMT#890995096;  7/15/24-8/14/24 | -1487.61 | 77985.32 |
| Deposit | 9/16/2024 | | | Deposit | 5083.12 | 75219.44 |
| Check | 9/20/2024 | 9393 | Comcast | Acct#8772 10 590 7233916;  09/07/24-10/6/24 | -77.08 | 72615.02 |
| Check | 9/20/2024 | 9394 | Innovative Security Services |  AC#4143867; IN#R60315; October  2024 Fire Monitoring; Daily Alarm Tests | -80.15 | 72534.87 |
| Check | 9/20/2024 | 9395 | Innovative Security Services | AC#4143095; IN#R60195; October  2024 Fire Monitoring; Daily Alarm Testing | -80.15 | 72454.72 |
| Check | 9/20/2024 | 9405 | Madison Equities, Inc. | Management Fees; 9/1/24-9/30/24 | -5142 | 26727.72 |
| Check | 9/20/2024 | 9387 | Midwest Maintenance and Mechanical, Inc. | INV# 74298;8/20/24 & INV # 74169; 8/15/24; Remove Graffiti, INV # 74594; 8/29/24;  Repair Tiles | -1133.35 | 72692.1 |
| Check | 9/20/2024 | 9398 | Minnwest Bank Metro | Loan#501677;8/26/24-9/25/24; Principal  $23,409.68 | -40585 | 31869.72 |
| Check | 9/20/2024 | 9396 | Minnwest Bank Metro | Loan#401000533;8/26/24-9/26/24; Prinipal $93.79 | -1015.48 | 25712.24 |
| Check | 9/20/2024 | 9397 | Minnwest Bank Metro | VOID: Loan#501677;8/26/24-9/25/24; Principal  $23,409.68 | 0 | 31869.72 |
| Check | 9/20/2024 | 9385 | Republic Services #923 | 3-0923-0075662; IN#0923-0072237 8/1/24-9/31/24 | -927.27 | 74292.17 |
| Check | 9/20/2024 | 9384 | Tandala LLC | VOID: Commission for Sunny Smiles  #1610 | 0 | 75219.44 |
| Check | 9/20/2024 | 9389 | Tandala LLC | VOID: Commission for Sunny Smiles  #1610 | 0 | 72692.1 |
| Check | 9/20/2024 | 9401 | Unloan | VOID: Security Deposit Refund | 0 | 31869.72 |
| Check | 9/20/2024 | 9386 | Valdes Lawn Care & Snow Removal LLC | Inv# 36283; August 2024 Lawncare Service | -466.72 | 73825.45 |
| Check | 9/20/2024 | 9390 | Xcel Energy | VOID: AC#51-0393432-3; STMT#890995096;  7/15/24-8/14/24 | 0 | 72692.1 |
| Check | 9/20/2024 | 9391 | Xcel Energy | VOID: AC#51-0393432-3; STMT#890995096;  7/15/24-8/14/24 | 0 | 72692.1 |
| Check | 9/26/2024 | 9402 | Unloan | VOID: Security Deposit Refund | 0 | 25712.24 |
| Check | 9/27/2024 | 9400 | Hillcrest Center, LLC | VOID: Property Tax Accrual; October  2024 | 0 | 25712.24 |
| Check | 9/27/2024 | 9400 | Hillcrest Center, LLC | Property Tax Accrual; October  2024 | 0 | 80339 |
| Check | 9/27/2024 | 9407 | Landport Systems, Inc. | IN#0924-6959;  September 2024 Work Order Service | -46.43 | 23650.81 |
| Check | 9/27/2024 | 9399 | Madison Equities, Inc. | VOID: Management Fees; 9/1/24-9/31/24 | 0 | 25712.24 |
| Check | 9/27/2024 | 9408 | Madison Equities, Inc. | VOID: Phone Reimbursement for October 2024 | 0 | 23650.81 |
| Check | 9/27/2024 | 9406 | MRI Software LLC | #M413001; 8/1/24-8/31/24; IN#MRIUS2094143; Pre-Tenant Credit Report | -15 | 23697.24 |

**HILLCREST CENTER, LLC**
**9/1/24-12/12/24**

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| Check | 9/27/2024 | 9404 | Unloan | Security Deposit Refund | -2000 | 23712.24 |
| Check | 9/27/2024 | 9409 | US Bank Visa | VOID: Acct#4798-5312-0705-9363; Due 10/4/24 | 0 | 23650.81 |
| General Jo | 9/30/2024 | Sept24Adjus | | To Reconcile September 2024 Bank Statement | 0.02 | 27150.83 |
| Deposit | 9/30/2024 | | | Deposit | 33.45 | 1981.36 |
| Deposit | 9/30/2024 | | | Deposit | 3500 | 27150.81 |
| Deposit | 10/1/2024 | | | Deposit | 2135.31 | 29286.14 |
| Deposit | 10/1/2024 | | | Deposit | 2470.15 | 31756.29 |
| Check | 10/2/2024 | 9414 | Madison Equities, Inc. | Management Fee; 10/1/24-10/31/24 | -5251.67 | 26504.62 |
| Deposit | 10/2/2024 | | | Deposit | 11105.1 | 37609.72 |
| Deposit | 10/3/2024 | | | Deposit | 2300 | 39909.72 |
| Check | 10/4/2024 | 9412 | Madison Equities, Inc. | Phone Reimbursement for October 2024 | -100 | 38562.06 |
| Check | 10/4/2024 | 9411 | Republic Services #923 | 3-0923-0075662; IN#0923-005778982 9/1/24-10/31/24 | -927.27 | 38662.06 |
| Check | 10/4/2024 | 9413 | US Bank Visa | Acct#4798-5312-0705-9363; Due 10/4/24 | -22.23 | 38539.83 |
| Check | 10/4/2024 | 9410 | Xcel Energy | AC# 51-0013676525-1; STMT; 894497604; 8/14/24-9/15/24 | -320.39 | 39589.33 |
| Deposit | 10/4/2024 | | | Deposit | 5133.23 | 56248.03 |
| Deposit | 10/4/2024 | | | Deposit | 9429.75 | 65677.78 |
| Deposit | 10/4/2024 | | | Deposit | 12574.97 | 51114.8 |
| Deposit | 10/7/2024 | | | Deposit | 14046.09 | 79723.87 |
| Deposit | 10/10/2024 | | | Deposit | 2246.67 | 81970.54 |
| Deposit | 10/10/2024 | | | Deposit | 3040.66 | 85011.2 |
| Deposit | 10/10/2024 | | | Deposit | 7718.48 | 92729.68 |
| Check | 10/11/2024 | 9415 | Midwest Maintenance and Mechanical, Inc. | IN# 75447; 9/24/24; IN#75558; 9/27/24; IN# 75680; 10/1/24 | -716.5 | 92013.18 |
| Check | 10/11/2024 | 9423 | Ramsey County | 23.29.22.22.0048; 1622 White Bear Ave N; 2nd Half 2024 Property Tax | -47788 | -25028.7 |
| Check | 10/11/2024 | 9422 | Ramsey County | 23.29.22.22.0049; 1600 White Bear Ave N; 2nd Half 2024 Property Tax | -41147 | 22759.31 |
| Check | 10/11/2024 | 9421 | Ramsey County | 23.29.22.22.0121; 1670 White Bear Ave N; 2nd Half 2024 Property Tax | -23765 | 63906.31 |
| Check | 10/11/2024 | 9425 | Ramsey County | 23.29.22.22.0046; 1660 White Bear Ave N; 2nd Half 2024 Property Tax | -15237 | -45299.7 |
| Check | 10/11/2024 | 9424 | Ramsey County | 23.29.22.22.0047; 1656 White Bear Ave N; 2nd Half 2024 Property Tax | -5034 | -30062.7 |
| Check | 10/11/2024 | 9418 | Saint Paul Regional Water Services | A/C#0332164; Cust#187371; 1600 White Bear Ave; 8/13/24-9/16/24 | -1213.66 | 88087.49 |
| Check | 10/11/2024 | 9426 | Saint Paul Regional Water Services | A/C#0318353; Cust#187371; 1660 White Bear Ave; 6/14/24-9/13/24 | -1101.46 | -46401.2 |
| Check | 10/11/2024 | 9417 | Saint Paul Regional Water Services | A/C#0486220; Cust#187371; 1624 White Bear Ave; 8/13/24-9/16/24 | -1082.83 | 89301.15 |
| Check | 10/11/2024 | 9419 | Saint Paul Regional Water Services | A/C#0355698; Cust#187371; 1650 White Bear Ave; 6/14/24-9/13/24 | -416.18 | 87671.31 |
| Check | 10/11/2024 | 9420 | Saint Paul Regional Water Services | VOID: A/C#0355698; Cust#187371; 1660 White Bear Ave; 6/14/24-9/13/24 | 0 | 87671.31 |
| Check | 10/11/2024 | 9416 | Xcel Energy | AC#51-0393432-3; STMT#895330040; 8/13/24-9/16/24 | -1629.2 | 90383.98 |
| Transfer | 10/14/2024 | | | Funds Transfer | -66000 | 14339 |
| Transfer | 10/14/2024 | | | Funds Transfer | 66000 | 19598.85 |
| Deposit | 10/15/2024 | | | Deposit | 5083.12 | 24681.97 |
| Check | 10/18/2024 | 9427 | Comcast | Acct#8772 10 590 7233916;  10/07/24-11/6/24 | -67.15 | 24614.82 |
| Check | 10/23/2024 | 9435 | Hillcrest Center, LLC | Opening Checking Account Deposit | -100 | 24514.82 |
| Deposit | 10/24/2024 | | | Deposit | 100 | 100 |
| Check | 10/25/2024 | 9428 | Innovative Security Services | AC#4143095; IN#R60370; November 2024 Fire Monitoring; Daily Alarm Testing | -80.15 | 23419.22 |
| Check | 10/25/2024 | 9429 | Innovative Security Services | AC#4143867; IN#R60490; November  2024 Fire Monitoring; Daily Alarm Testing | -80.15 | 23339.07 |
| Check | 10/25/2024 | 9430 | Landport Systems, Inc. | IN#1024-7103;  October 2024 Work Order Service | -46.43 | 23292.64 |
| Check | 10/25/2024 | 9431 | Midwest Maintenance and Mechanical, Inc. | IN# 75915; 10/14/24 | -383.15 | 22909.49 |
| Check | 10/25/2024 | 9446 | Minnwest Bank Metro | Loan#501677; 9/26/24-10/25/24; Principal  $24581.66 | -40585 | -21000.5 |
| Check | 10/25/2024 | 9436 | Minnwest Bank Metro | Loan#401000533;9/26/24-10/26/24; Principal $124.37 | -1015.45 | 23499.37 |
| Check | 10/25/2024 | 9447 | Tandala LLC | Commission for Ka Nao Yang; Suite 1668 | -2500 | -23500.5 |
| Check | 10/25/2024 | 9432 | Tandala LLC | VOID: Commission for Ka Nao Yang; Suite 1668 | 0 | 22909.49 |

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| Check | 10/25/2024 | 9434 | Walker Roofing | Cust#M5312; IN# 163144; 6/5/24 | -3325 | 19584.49 |
| Check | 10/25/2024 | 9433 | Walker Roofing | VOID: Cust#M5312; IN# 162026; 5/30/23; IN# 163144; 6/5/24 | 0 | 22909.49 |
| Deposit | 10/31/2024 | | | Deposit | 12.77 | 1994.13 |
| Check | 11/1/2024 | 9437 | Madison Equities, Inc. | Phone Reimbursement for November 2024 | -100 | -23600.5 |
| Check | 11/1/2024 | 9444 | Midwest Maintenance and Mechanical, Inc. | IN# 72545; 6/27/24; IN# 74933; 9/11/24; IN# 74936; 9/11/24; IN# 76525; 10/18/24 | -2775.14 | -31113.9 |
| Check | 11/1/2024 | 9442 | Midwest Maintenance and Mechanical, Inc. | IN#75223; 9/14/24; Monthly Janitorial Maintenance; September 2024 | -1625.05 | -26713.7 |
| Check | 11/1/2024 | 9443 | Midwest Maintenance and Mechanical, Inc. | IN#76241; 10/14/24; Monthly Janitorial Maintenance; October 2024 | -1625.05 | -28338.8 |
| Check | 11/1/2024 | 9438 | Saint Paul Regional Water Services | A/C#0332164; Cust#187371; 1600 White Bear Ave; 9/16/24-10/15/24 | -1203.73 | -24804.2 |
| Check | 11/1/2024 | 9445 | Saint Paul Regional Water Services | A/C#0486220; Cust#187371; 1624 White Bear Ave; 9/16/24-10/15/24 | -884.18 | -31998.1 |
| Check | 11/1/2024 | 9439 | Saint Paul Regional Water Services | VOID: A/C#0486220; Cust#187371; 1624 White Bear Ave; 8/13/24-9/16/24 | 0 | -24804.2 |
| Check | 11/1/2024 | 9440 | US Bank Visa | Acct#4798-5312-0705-9363; Due 11/4/24 | -22.22 | -24826.5 |
| Check | 11/1/2024 | 9441 | Xcel Energy | AC# 51-0013676525-1; STMT; 898710555; 9/15/24-10/14/24 | -262.23 | -25088.7 |
| Deposit | 11/1/2024 | | | Deposit | 2135.31 | -29862.8 |
| Deposit | 11/1/2024 | | | Deposit | 2470.15 | -27392.7 |
| Deposit | 11/4/2024 | | | Deposit | 11105.1 | -16287.6 |
| Deposit | 11/5/2024 | | | Deposit | 2300 | -13987.6 |
| Deposit | 11/5/2024 | | | Deposit | 23066.2 | 23166.2 |
| Deposit | 11/7/2024 | | | Deposit | 29333.7 | 52499.9 |
| Check | 11/8/2024 | 15005 | City of St. Paul | AC#240080; 1622 White Bear Ave N; ID#23-29-22-22-0048; 2024 Storm Sewer System Charge | -5453.1 | 39499.97 |
| Check | 11/8/2024 | 15004 | City of St. Paul | AC#240080; 1600 White Bear Ave N; ID#23-29-22-22-0049; 2024 Storm Sewer System Charge | -4248.62 | 44953.07 |
| Check | 11/8/2024 | 15008 | City of St. Paul | AC#240080; 1660 White Bear Ave N; ID#23-29-22-22-0046; 2024 Storm Sewer System Charge | -1643.53 | 35066.45 |
| Check | 11/8/2024 | 15007 | City of St. Paul | AC#240080; 1670 White Bear Ave N; ID#23-29-22-22-0121; 2024 Storm Sewer System Charge | -1399.42 | 36709.98 |
| Check | 11/8/2024 | 15006 | City of St. Paul | AC#240080; 1656 White Bear Ave N; ID#23-29-22-22-0047; 2024 Storm Sewer System Charge | -1390.57 | 38109.4 |
| Check | 11/8/2024 | 15001 | Midwest Maintenance and Mechanical, Inc. | IN# 76816; 10/25/24; IN# 76823; 10/25/24 | -681.49 | 51818.41 |
| Check | 11/8/2024 | 15000 | Midwest Maintenance and Mechanical, Inc. | VOID:  IN# 76816; 10/25/24; IN# 76823; 10/25/24 | 0 | 49201.69 |
| Check | 11/8/2024 | 15002 | Republic Services #923 | 3-0923-0075662; IN#0923-005814830; 10/1/24-11/30/24 | -927.27 | 50891.14 |
| Check | 11/8/2024 | 15003 | Xcel Energy | AC#51-0393432-3; 9000101841; 9/12/24-10/14/24 | -1689.45 | 49201.69 |
| General Jo | 11/13/2024 | Nov24#40 | | Check# 9442 Returned NSF | -1625.05 | -12297.5 |
| General Jo | 11/13/2024 | NOV24#2 | | NSF Check #9442; Bank Fees | -35 | -12397.5 |
| General Jo | 11/13/2024 | Nov24#40 | | Check# 9437 Re Presented | 100 | -10672.5 |
| General Jo | 11/13/2024 | NOV24#2 | | NSF Check #9442 | 1625.05 | -12362.5 |
| General Jo | 11/13/2024 | Nov24#40 | | Check# 9442 Re Presented | 1625.05 | -10772.5 |
| General Jo | 11/14/2024 | Nov24#39 | | NSF Fee | -35 | -12332.5 |
| Check | 11/15/2024 | 15009 | Comcast | Acct#8772 10 590 7233916; 11/7/24-12/6/24 | -67.15 | 34999.3 |
| Check | 11/15/2024 | 15019 | Midwest Maintenance and Mechanical, Inc. | IN#75223; 9/14/24; Monthly Janitorial Maintenance; September 2024 | -1625.05 | 26928.34 |
| Check | 11/15/2024 | 15018 | Saint Paul Regional Water Services | A/C#0332164; Cust#187371; 1600 White Bear Ave; 9/16/24-10/15/24 | -1203.73 | 28553.39 |
| Check | 11/15/2024 | 15017 | Saint Paul Regional Water Services | A/C#0486220; Cust#187371; 1624 White Bear Ave; 9/16/24-10/15/24 | -884.18 | 29757.12 |
| Check | 11/15/2024 | 15015 | Saint Paul Regional Water Services | VOID: A/C#0486220; Cust#187371; 1624 White Bear Ave; 9/16/24-10/15/24 | 0 | 28553.39 |
| Check | 11/15/2024 | 15016 | Saint Paul Regional Water Services | VOID: A/C#0332164; Cust#187371; 1600 White Bear Ave; 9/16/24-10/15/24 | 0 | 28553.39 |
| Check | 11/15/2024 | 15011 | Tandala LLC | Commission for Ka Nao Yang; Suite 1668 | -2500 | 30641.3 |
| Check | 11/15/2024 | 15010 | Tandala LLC | Commission for Armored Barbershop  #1664 | -1858 | 33141.3 |
| General Jo | 11/15/2024 | Nov24#38 | | Check# 9438 Returned NSF | -1203.73 | -11448.3 |
| General Jo | 11/15/2024 | Nov24#38 | | Check# 9445 Returned NSF | -884.18 | -12332.5 |
| General Jo | 11/15/2024 | Nov24#38 | | Check# 9445 Re Presented | 884.18 | -10244.6 |
| General Jo | 11/15/2024 | Nov24#38 | | Check# 9438 Re Presented | 1203.73 | -11128.8 |
| General Jo | 11/18/2024 | Nov24#37 | | Returned Check# 9442 | -1625.05 | -10052.4 |
| General Jo | 11/18/2024 | Nov24#37 | | Returned Check# 9441 | -262.23 | -10314.6 |

**HILLCREST CENTER, LLC**
**9/1/24-12/12/24**

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| General Jo | 11/18/2024 | NOV24#1 | | NSF Fee Charged by Minnwest Bank | -70 | -10314.6 |
| General Jo | 11/18/2024 | Nov24#37 | | Check# 9441 Re Presented to the Bank | 262.23 | -8427.31 |
| General Jo | 11/18/2024 | NOV24#1 | | Return Check# 9445 NSF | 884.18 | -11448.3 |
| General Jo | 11/18/2024 | NOV24#1 | | Return Check# 9438 NSF | 1203.73 | -10244.6 |
| General Jo | 11/18/2024 | Nov24#37 | | Check# 9442 Re Presented to the Bank | 1625.05 | -8689.54 |
| General Jo | 11/20/2024 | Nov24#36 | | Returned Checks 9438 and 9445; NSF Fee | -70 | -10384.6 |
| General Jo | 11/20/2024 | Nov24#36 | | Returned Checks 9445 | 884.18 | -8296.68 |
| General Jo | 11/20/2024 | Nov24#36 | | Returned Checks 9438 | 1203.73 | -9180.86 |
| Deposit | 11/20/2024 | | | Deposit | 19066.71 | 45995.05 |
| General Jo | 11/21/2024 | Nov24#35 | | Returned Check 9441 | -262.23 | -8558.91 |
| Check | 11/22/2024 | 15012 | Minnwest Bank Metro | Loan#501677; 10/25/24-11/22/24; Principal $8796.83 | -40585 | 5410.05 |
| Check | 11/22/2024 | 15013 | Minnwest Bank Metro | Loan#401000533;10/26/24-11/26/24; Principal $95.55 | -1015.46 | 4394.59 |
| Check | 11/22/2024 | 15014 | Xcel Energy | AC# 51-0393432-3; Stmt# 898602448; 9/12/24-10/13/24 | -77.48 | 4317.11 |
| General Jo | 11/22/2024 | Nov24#33 | | NSF Fee for Check# 6441 | -35 | -8593.91 |
| General Jo | 11/22/2024 | Nov24#34 | | Bank NSF Fee for Returned Check 9441 | -35 | -8628.91 |
| General Jo | 11/22/2024 | Nov24#34 | | Returned Check 9441 | 262.23 | -8366.68 |
| General Jo | 11/26/2024 | Nov24#33 | | Check# 9444; Check Returned NSF | -2775.14 | -11141.8 |
| General Jo | 11/26/2024 | Nov24#33 | | Check# 9444; Check Returned NSF | 2775.14 | -8366.68 |
| General Jo | 11/27/2024 | Sept24#5 | | Check# 9444; Midwest Maintenance; Returned NSF by Minnwest; Check Going to Be Reissued in Blaze;... | -35 | -3156.39 |
| Deposit | 11/27/2024 | | | Deposit | 2470.15 | -5896.53 |
| General Jo | 11/27/2024 | Sept24#5 | | Check# 9444; Midwest Maintenance; Returned NSF by Minnwest; Check Going to Be Reissued in Blaze | 2775.14 | -3121.39 |
| Check | 11/29/2024 | 15021 | Innovative Security Services | AC#4143867; IN#R60671; December 2024 Fire Monitoring; Daily Alarm Testing | -80.15 | 4190.53 |
| Check | 11/29/2024 | 15022 | Innovative Security Services | AC#4143095; IN#R60549; December 2024 Fire Monitoring; Daily Alarm Testing | -80.15 | 4110.38 |
| Check | 11/29/2024 | 15020 | Landport Systems, Inc. | IN#1124-7216; November 2024 Work Order Service | -46.43 | 4270.68 |
| Check | 11/29/2024 | 15023 | Midwest Maintenance and Mechanical, Inc. | IN#77492; 11/14/24; Monthly Janitorial Maintenance; November 2024 | -1625.05 | 2485.33 |
| Check | 11/29/2024 | 15024 | US Bank Visa | Acct#4798-5312-0705-9363; Due 12/4/24 | -235.74 | 2249.59 |
| Check | 11/29/2024 | 15025 | Xcel Energy | AC# 51-0013676525-1; STMT; 902864679; 10/14/24-11/12/24 | -235.73 | 2013.86 |
| Deposit | 11/29/2024 | | | Deposit | 11105.1 | 7948.71 |
| Check | 12/2/2024 | 9449 | Hillcrest Center, LLC | VOID: Transfer Funds to Operating Account | 0 | 10084.02 |
| General Jo | 12/2/2024 | Dec24#14 | | Record Check Presented Again; Check# 9444 | -2775.14 | 7308.88 |
| General Jo | 12/2/2024 | Dec24#14 | | Minnwest Reverse Duplicate Credit Entry for Returned Check# 9444 | -2774.14 | 4534.74 |
| Deposit | 12/2/2024 | | | Deposit | 2135.31 | 10084.02 |
| Check | 12/3/2024 | 9450 | Hillcrest Center, LLC | Transfer Funds to Operating Account | -15000 | -10465.3 |
| Deposit | 12/4/2024 | | | Deposit | 2300 | -8165.26 |
| Deposit | 12/4/2024 | | | Deposit | 23530.2 | 25544.06 |
| General Jo | 12/5/2024 | Dec24#10 | | Check# 9450 Returned by Minnwest; NSF | 15000 | 6834.74 |
| Deposit | 12/5/2024 | | | Deposit | 26974.12 | 52518.18 |
| Check | 12/6/2024 | 15031 | AFCO | AC#04-92873863-01; 11/10/24-11/10/25; Installment #1 | -2822.6 | 42454.59 |
| Check | 12/6/2024 | 9448 | Hillcrest Center, LLC | VOID: Transfer Funds to Operating Account | 0 | 6834.74 |
| Check | 12/6/2024 | 15026 | Madison Equities, Inc. | Phone Reimbursement for December 2024 | -100 | 52418.18 |
| Check | 12/6/2024 | 15030 | Midwest Maintenance and Mechanical, Inc. | IN# 72545; 6/27/24; IN# 74933; 9/11/24; IN# 74936; 9/11/24; IN# 76525; 10/18/24 | -2775.14 | 45277.19 |
| Check | 12/6/2024 | 15028 | Saint Paul Regional Water Services | A/C#0332164; Cust#187371; 1600 White Bear Ave; 10/15/24-11/15/24 | -1383.5 | 50005.73 |
| Check | 12/6/2024 | 15027 | Saint Paul Regional Water Services | A/C#0486220; Cust#187371; 1624 White Bear Ave; 10/15/24-11/15/24 | -1028.95 | 51389.23 |
| Check | 12/6/2024 | 15029 | Xcel Energy | AC#51-0393432-3; 903863288; 10/13/24-11/12/24 | -1953.4 | 48052.33 |
| General Jo | 12/6/2024 | Dec24#11 | | Check# 9450 Returned by Minnwest; NSF Fees | -35 | 6799.74 |
| Check | 12/9/2024 | 15035 | Sapientia Law Group | Hillcrest Retainer and Filing Fees | -12000 | 30454.59 |
| General Jo | 12/9/2024 | Dec24#13 | | Check# 9450 Written from Minnwest Bank Account to Fund Operating Account Returned NSF; Need to P... | -15000 | 15454.59 |

**HILLCREST CENTER LLC**

9/1/24-12/12/24

| | | | | | |
|---|---|---|---|---|---|
| General Jo | 12/9/2024 | Dec24#12 | Receivable Due From DOH-MT; Payment Pulled for Minnwest Loan# 401000492 for October 2024 | -4235.75 | 2563.99 |
| General Jo | 12/9/2024 | Dec24#12 | Receivable Due From DOH-MT; Payment Pulled for Minnwest Loan# 401000492 for November 2024 | -4235.75 | -1671.76 |
| General Jo | 12/9/2024 | Nov24#41 | Returned Deposit Item Fee; Check# 9450 | -4 | 15450.59 |
| Total Property Tax Accrual - Other | | | | -66000 | 14339 |
| Total Property Tax Accrual | | | | -66000 | 14339 |
| Total Minnwest Money Market | | | | -65953.8 | 582.42 |
| Total Minnwest Money Market - Other | | | | 46.22 | 1994.13 |
| Total Minnwest Bank Checking | | | | 1952.43 | -1671.76 |
| Total Blaze Checking *0670 | | | | 15450.59 | 15450.59 |
| Blaze Checking *0670 | | | | | 0 |
| Minnwest Bank Checking | | | | | -3624.19 |
| Minnwest Money Market | | | | | 66536.2 |
| Excess Funds | | | | | -16000 |
| Total Excess Funds | | | | | -16000 |
| Interest Income | | | | | 249.29 |
| Total Interest Income | | | | | 249.29 |
| Operating Reserve | | | | | 0 |
| Total Operating Reserve | | | | | 0 |
| Property Tax Accrual | | | | | 80339 |
| 375 Jackson | | | | | 0 |
| Total 375 Jackson | | | | | 0 |
| Property Tax Accrual - Other | | | | | 80339 |
| Minnwest Money Market - Other | | | | | 1947.91 |

**Fill in this information to identify the case and this filing:**

Debtor Name _____Hillcrest Center LLC_____

United States Bankruptcy Court for the: ___District of Minnesota_____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/12/2024___     ✘ /s/ Rosemary Kortgard _____
         MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                 Rosemary Kortgard _____
                                 Printed name

                                 Managing Member _____
                                 Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court

District of Minnesota

In re:   Hillcrest Center LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____12/12/2024_____

/s/ Rosemary Kortgard
_____
Signature of Individual signing on behalf of debtor

Managing Member
_____
Position or relationship to debtor

AFCO
P.O.Box 4795
Carol Stream, IL 60197-4795

Comcast
PO Box 60533
City of Industry, CA 91716-0533

Cynthia Hegarty and Austyn Booth
Winthrop & Weinstine
225 S 6th St Ste 3500
Minneapolis, MN 55402

Innovative Security Services
1703 Cope Avenue
Suite I & J
Saint Paul, MN 55109

Madison Equities
375 Jackson Street
Suite 700W
Saint Paul, MN 55101

Midwest Maintenance and Mechanical, Inc.
750 Pennsylvania Avenue South
Golden Valley, MN 55426

Minnwest Bank
1150 Yankee Doodle Rd
Saint Paul, MN 55121

Red Eagle Property Services, Inc.
PO Box 220
Roberts, WI 54023-0220

Republic Services #923
PO Box 713502
Chicago , IL 60677-0052

Saint Paul Regional Water Services
1900 Rice Street
Saint Paul, MN 55113-6810

Tandala LLC
375 Jackson Street
Suite 700W
Saint Paul, MN 55101

Tenant Security Deposits
Various

Various

Xcel Energy
P. O. Box 4176
Carol Stream, IL 60197-4176

LOCAL FORM 1007-1
REVISED 06/16

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:     Hillcrest Center LLC

Case No.

         Debtor(s).

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:            $ 10,000.00


   Prior to the filing of this statement I have received:   $ 10,000.00


   Balance Due                                             $ 0.00

2.      The source of the compensation paid to me was:

         ☑ Debtor            ☐ Other (specify)

3.      The source of the compensation to be paid to me is:

         ☑ Debtor            ☐ Other (specify)

4.

☑       I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐       I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

Page 1 of  2

LOCAL FORM 1007-1
REVISED 06/16

5.     In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   A.     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   B.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   C.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   D.     Representation of the debtor in contested bankruptcy matters: and

   E.     Other services reasonably necessary to represent the debtor(s).

6.     Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy.  I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

CERTIFICATION

   I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Date: 12/12/2024                              /s/ Kenneth Edstrom, 148696
                                             Signature of Attorney